IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-mj-8 |
| | ) | |
| | ) | JUDGE KIM R. GIBSON |
| VLADISLAV MIFTAKHOV, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

NOW, this 25th day of February 2014, upon consideration of the Government's motion for revocation of release order (ECF No. 13), and it appearing that a second detention hearing would assist the Court in deciding the issues presented in the motion, it is **HEREBY ORDERED** that counsel shall appear in person, along with their witnesses, on **February 27, 2014, at 1:00 p.m.**, in Courtroom A, 104 Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE